**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

RECEIVED
IN LAKE CHARLES, L

JUN - 3 2013

TONY R. MOORE, CLERK
BY_____
         DEPUTY

| | |
|---|---|
| **ALLEN BURNS** | **CIVIL ACTION NO. 12-CV-2295** |
| **VS.** | **SECTION P** |
| **JP YOUNG, ET AL** | **JUDGE MINALDI**<br>**MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. 4], and after an independent review of the record and noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the above-captioned case be **DISMISSED WITHOUT PREJUDICE** under Local Rule 41.3W and Red. R. Civ. P. 4(m), for failure to serve the defendants within the deadlines set by the court.

Lake Charles, Louisiana, this the __5__ day of ____June____, 2013

_____
**PATRICIA MINALDI**
**UNITED STATES DISTRICT JUDGE**